HENRY C. KLEE, Respondent, v. ROSE KLEE, Appellant.— Order reversed,

and motion granted. Interlocutory judgment reversed and new trial granted, with costs to appellant to abide event. The findings of fact contained in the decision and numbered III, IV and XII are disapproved and reversed. Held, that the affidavit and papers upon which the order for service by publication was made in the action of *Reckord* v. *Reckord* were sufficient to confer jurisdiction. All concurred, except Hubbs, J., who dissented and voted for affirmance.